# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ANIKKA BOLDEN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO 16-0352-CG-B<br>) |
| ALTAPOINTE HEALTH SYSTEMS and BAYPOINTE BEHAVIORAL HEALTH HOSPITAL, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The Relator having filed a Notice of Voluntary Dismissal (Doc. 19), and the United States' having filed its consent thereto (Doc. 20), it is **ORDERED** that this action is **DISMISSED with prejudice** as to the Relator, Anikka Bolden, and **DISMISSED without prejudice** as to the United States pursuant to Rule 41(a) of the Federal Rules of Civil.

**DONE and ORDERED** this 6th day of November, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE